IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC § | | |
| § | | |
| Plaintiff, § | Case No: 2:16-cv-00450-JRG | |
| § | | |
| vs. § | LEAD CASE | |
| § | | |
| CITIBANK NA § | | |
| § | | |
| Defendant. § | | |
| § | | |
| SYMBOLY INNOVATIONS, LLC § | | |
| § | | |
| Plaintiff, § | Case No: 2:16-cv-00451-JRG | |
| § | | |
| vs. § | CONSOLIDATED CASE | |
| § | | |
| TEXAS BANK AND TRUST COMPANY § | | |
| § | | |
| Defendant. § | | |

**ORDER**

On this day the Court considered the Unopposed Motion to Dismiss Texas Bank And Trust Company.  It is therefore ORDERED that all claims by and between parties DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

SO ORDERED and signed this 9th day of September, 2016.

Rodney Gilstrap
United States District Judge